1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                  SOUTHERN DISTRICT OF CALIFORNIA

10

11   GORDON D. KOVTUN,                              Case No.:  23cv794-W (MSB)

12                                 Plaintiff,
                                                    **AMENDED ORDER CONFIRMING
13   v.                                             SETTLEMENT AND SETTING DEADLINE
                                                    TO FILE JOINT MOTION TO DISMISS**
14   THOR MOTOR COACH, INC., et al.,

15                                 Defendants.

16

17        On November 8, 2023, the Court held a video Status Conference regarding

18   Settlement with the parties and their counsel.  The terms of the settlement were placed

19   on the record.  As described below, the Court **ADVANCES** the January 19, 2024 joint

20   motion to dismiss filing deadline and the Settlement Disposition Conference previously

21   set for January 26, 2024.  (See ECF No. 12.)

22        The parties are now ordered to file their joint motion to dismiss this case, signed

23   by counsel of record and any unrepresented parties, no later than **December 26, 2023**.

24   A proposed order granting the joint motion must be e-mailed to the assigned district

25

26

27

28

1  judge's chambers[1] on the same day.

2  **If the fully executed joint motion to dismiss is not filed by December 26, 2023,**

3  then **all counsel of record and unrepresented parties are required to appear in person**

4  for a Settlement Disposition Conference.  The Settlement Disposition Conference will be

5  held on **January 2, 2024** at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg.  If

6  the parties file their joint motion to dismiss on or before **December 26, 2023**, the

7  Settlement Disposition Conference will be **VACATED without further court order**.

8  If counsel of record or any unrepresented party fails to appear at the Settlement

9  Disposition Conference, or the parties fail to file the signed joint motion to dismiss in a

10  timely manner, the Court will issue an order to show cause why sanctions should not be

11  imposed for failing to comply with this Order.

12  **IT IS SO ORDERED**.

13  Dated:  November 8, 2023

14

15  Honorable Michael S. Berg
     United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27  [1]  The proposed order must be e-mailed pursuant to section 2(h) of the United States District Court for
     the Southern District of California's Electronic Case Filing Administrative Policies and Procedures

28  Manual, available at www.casd.uscourts.gov.