UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON KOVTUN,<br><br>                               Plaintiff,<br><br>v.<br><br>THOR MOTOR COACH, INC., and LA MESA R.V. CENTER, INC.,<br><br>                               Defendants. | Case No.: 23-cv-00794-W-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 19]** |

     Pending before the Court is Plaintiff Gordon Kovtun and Defendants Thor Motor Coach, Inc. and La Mesa R.V. Center, Inc.'s joint motion to dismiss with prejudice under Fed. R. Civ. P. 41. ([Doc. 19], "Joint Motion".) Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the Joint Motion and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

     **IT IS SO ORDERED.**

Dated: January 2, 2024

Hon. Thomas J. Whelan
United States District Judge